**ROANNE L. MANN**  DATE:   September 24, 2021
**UNITED STATES MAGISTRATE JUDGE**  START:  9:45 a.m.
  END:   10:15 a.m.

**DOCKET NO:** 21-cv-3818-PKC-RLM

**CASE**  Miles v. IGS Solar LLC (improperly pled as IGS LLC)

- ☐ INITIAL CONFERENCE
- ☐ DISCOVERY CONFERENCE
- ☐ SETTLEMENT CONFERENCE
- X MOTION HEARING
- ☐ OTHER/*CHEEKS* HEARING
- ☐ FINAL/PRETRIAL CONFERENCE
- X TELEPHONE CONFERENCE
- ☐ INFANT COMPROMISE HEARING

**PLAINTIFF**  **ATTORNEY**

| Shantonne Miles present | Kent Gross |

**DEFENDANT**  **ATTORNEY**

| | |

- ☐ **FACT DISCOVERY TO BE COMPLETED BY** _____
- ☐ **SETTLEMENT CONFERENCE SCHEDULED FOR** _____
- ☐ **JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY** _____
- ☐ **PL. TO SERVE DEF. BY:** _____ **DEF. TO SERVE PL. BY:** _____

**RULINGS:  PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

*Ex parte* discussion held regarding [11] plaintiff's motion to remove her counsel.  Plaintiff's application is granted, on consent.  Counsel advises that he will return plaintiff's retainer in full and will not assert any liens.